COMSTOCK *et al.* v. WARNER *et al.*, appellant.

*Partnership — statements made by partner — when binding on firm.*

Plaintiffs being requested by K. to sell goods to him on credit asked defendants, a firm in business in the same city with plaintiffs, concerning the responsibility of K., and were told by one of the defendants that the store carried on by K. was a branch of defendant's house. Believing this, plaintiffs gave K. credit. *Held*, that such a statement by one of the partners bound defendant's firm, whether true or false.

*William H. Green*, for appellants.

*Sprague & Gorham*, for respondents.

MULLEN, P. J..

APPEAL from a judgment entered upon the verdict of a jury, and from an order denying a new trial. The judgment was affirmed, on the ground that the evidence was sufficient to require the court to submit the case to the jury. The head note contains all that is important in the opinion.

*Judgment affirmed.*

---

SCOTT v. STEVENSON.

PER CURIAM. (Third Department.)

IN this action a new trial was granted, upon the ground that the court below erred in refusing to submit to the jury the question, whether plaintiff was the actual owner of a note, a fact which the testimony left in doubt. There is nothing in the opinion important for publication.